Andrew G. Gunem (No. 354042)
agunem@straussborrelli.com
Carly M. Roman (No. 349895)
croman@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
2261 Market St., Suite 22946
San Francisco, CA 94114
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMERA HICKMAN-WISE** and **JENNIFER WISE**, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                  Defendant. | Case No. 3:26-cv-06142-RFL<br><br>Judge Rita F. Lin<br><br>**PLAINTIFF SCOTT THURBER'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| **JONATHAN RYAN BEST**, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                  Defendant. | Case No. 3:26-cv-06145-RFL<br><br>Judge Rita F. Lin |

PLAINTIFF SCOTT THURBER'S ADMINISTRATIVE MOTION TO RELATE CASES

| | |
|---|---|
| **JOANN WHITING**, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                              Defendant. | Case No. 3:26-cv-06161-RFL<br><br>Judge Rita F. Lin |
| **AMANDA ASKINGS**, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                              Defendant. | Case No. 3:26-cv-06166-RFL<br><br>Judge Rita F. Lin |
| **SCOTT THURBER**, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                              Defendant. | Case No. 4:26-cv-06186-HSG<br><br>Judge Haywood S Gilliam, Jr. |

PLAINTIFF SCOTT THURBER'S ADMINISTRATIVE MOTION TO RELATE CASES – 3

| | |
|---|---|
| **MATTHEW ARDI**, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                    Defendant. | Case No. 3:26-cv-06189-RFL<br><br>Judge Rita F. Lin |
| **PATRICIA MCDOUGALL**, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                    Defendant. | Case No. 3:26-cv-06278-RFL<br><br>Judge Rita F. Lin |
| **DONNA SANDERS**, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. dba ONE MEDICAL**,<br><br>                    Defendant. | Case No. 3:26-cv-07053-AGT<br><br>Judge Alex G. Tse |

PLAINTIFF SCOTT THURBER'S ADMINISTRATIVE MOTION TO RELATE CASES – 4

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Scott Thurber in *Thurber v. Amazon, Inc., Inc.*, No. 4:26-cv-06186-HSG, moves the Court to consider whether the cases should be related as follows:

**I.    THE TITLE AND CASE NUMBER OF EACH PROPOSED RELATED CASE**

On June 19, 2026, Plaintiffs Tamera Hickman-Wise and Jennifer Wise filed their Complaint captioned as *Hickman-Wise et al. v. 1Life Healthcare, Inc.*, No. 3:26-cv-06142-RFL ("*Hickman-Wise*").

On June 19, 2026, Plaintiff Jonathan Ryan Best filed his Complaint captioned as *Best v. 1Life Healthcare, Inc.*, No. 3:26-cv-06145-RFL ("*Best*").

On June 22, 2026, Plaintiff Joann Whiting filed her Complaint captioned as *Whiting v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06161-RFL ("*Whiting*").

On June 22, 2026, Plaintiff Amanda Askins filed her Complaint captioned as *Askins v. 1Life Healthcare, Inc.*, No. 3:26-cv-06166-RFL ("*Askins*").

On June 22, 2026, Plaintiffs Hickman-Wise, Wise, Best, Whiting, and Askins filed an administrative motion to relate the *Hickman-Wise* Action with the *Best*, *Whiting,* and *Askins* Actions. *See Hickman-Wise*, ECF No. 3.

On June 22, 2026, Plaintiff Thurber filed his Complaint captioned as *Thurber v. Amazon, Inc., Inc.*, No. 4:26-cv-06186-HSG ("*Thurber*").

On June 22, 2026, Plaintiff Matthew Ardi filed his Complaint captioned as *Ardi v. 1Life Healthcare, Inc.*, No. 3:26-cv-06189-RFL ("*Ardi*").

On June 23, 2026, Plaintiff Patricia McDougall filed her Complaint captioned as *McDougall v. 1Life Healthcare*, Case No. 3:26-cv-06278-RFL ("*McDougall*").

On June 24, 2026, Plaintiffs Hickman-Wise, Wise, Best, Whiting, Askins, Ardi, and McDougall filed an administrative motion to relate the *Hickman-Wise* Action with the *Best*, *Whiting*, and *Askins*, *Ardi*, and *McDougall* Actions. Se*e Hickman-Wise*, ECF No. 5.

PLAINTIFF SCOTT THURBER'S ADMINISTRATIVE MOTION TO RELATE CASES – 1

On June 26, 2026, Judge Laurel Beeler granted Plaintiffs Hickman-Wise, Wise, Best, Whiting, Askins, Ardi, and McDougall's motion to relate cases. *See Hickman-Wise*, ECF No. 9.

On July 2, 2026, Plaintiffs Hickman-Wise and Wise filed a Declination to Magistrate Judge jurisdiction. *See Hickman-Wise*, ECF No. 11.

On July 10, 2026, Plaintiff Donna Sanders filed her complaint captioned as *Sanders v. 1Life Healthcare Inc.*, No. 3:26-cv-07053-AGT ("Sanders").

On July 14, 2026, Plaintiff Thurber filed his First Amended Complaint. *See Thurber*, ECF No. 11.

On July 14, 2026, the *Hickman-Wise* Action was transferred to District Judge Rita F. Lin. *See Hickman-Wise*, ECF No. 14.

Plaintiff Scott Thurber now moves the Court to consider whether the Hickman-Wise and Thurber matters (the "Proposed Related Actions") should be related pursuant to Civil Local Rules 3-12 and 7-11. The operative Complaints for Hickman-Wise and Thurber are attached as Exhibits 1-2 to the Declaration of Andrew G. Gunem, filed concurrently herewith.

## II.    BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS

Civil Local Rule 3-12(a) provides for actions to be related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The *Hickman-Wise* and *Thurber* Actions should be related for three reasons. First, the Proposed Related Actions assert the same or similar claims against the same Defendant. Both actions assert that a data breach occurred that compromised Plaintiffs' and Class Members' personal information due to 1Life Healthcare, Inc.'s negligence, breach of implied contract, and unjust enrichment. Both actions assert the same or substantially identical factual allegations against the Defendant and seek the same relief, including damages, injunctive and equitable relief, declaratory relief, interest, and attorneys' fees and costs.

Second, the Proposed Related Actions arise from the same underlying event, i.e., 1Life Healthcare, Inc.'s alleged failure to maintain adequate security measures to prevent or mitigate malicious attacks, which allegedly resulted in the Data Breach.

Third, the Proposed Related Actions will result in duplicative motions and discovery if they proceed separately because the complaints raise the same questions of fact and law. *Hickman-Wise* and *Thurber* are in the earliest stages, and no rulings have yet been made.

Thus, both criteria of Civil Local Rule 3-12(a) are satisfied such that assignment to a single judge will conserve the parties' and the Court's resources and will avoid "unduly burdensome duplication of labor and expense or conflicting results." Civ. L.R. 3-12(a)(2).

### III.  CONCLUSION

Because Plaintiffs' complaints each allege substantially the same facts and claims, the Proposed Related Actions should be related and assigned to this Court.

Date: July 16, 2026                           Respectfully submitted,

By: /s/ *Andrew G. Gunem*
    Andrew G. Gunem (No. 354042)
    agunem@straussborrelli.com
    Carly M. Roman (No. 349895)
    croman@straussborrelli.com
    **STRAUSS BORRELLI PLLC**
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    2261 Market St., Suite 22946
    San Francisco, CA 94114
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109

*Attorneys for Plaintiff and Proposed Class*

PLAINTIFF SCOTT THURBER'S ADMINISTRATIVE MOTION TO RELATE CASES – 3